UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BERNARD SMITH, JR., | No. 2:15-cv-0867 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  On March 18, 2016, the court found service of the complaint appropriate on defendants County of Sacramento, Scott Jones, and Dave Clemmons.  On June 7, 2016, defendants County of Sacramento and Scott Jones filed a motion to dismiss.[1]  (ECF No. 13.)  On July 11 and August 22, 2016, plaintiff requested extensions of time to file an opposition to the motion.  The court granted both of plaintiff's requests.  (ECF Nos. 16, 20.)  In the second order, plaintiff was advised that no further extensions of time would be granted.  (ECF No. 20.)  When plaintiff failed to file an opposition by the September 28, 2016 deadline, on October 18 the court issued an order to show cause why this case should not be dismissed.  On November 16, 2016, plaintiff filed a response.

---

[1] Defendant Clemmons has not been served.  On October 18, plaintiff was informed that he must provide additional information to serve Clemmons.  (ECF No. 23 at 2.)  Plaintiff has not done so.

1

The court finds plaintiff has shown good cause for his failure to file a timely opposition to the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an opposition to the motion to dismiss within thirty days of the date of this order. Plaintiff is warned that this is his final opportunity to file an opposition. His failure to do so will result in a recommendation that this case be dismissed without prejudice.

Dated: November 22, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Smit0867.nooppo2